US COURTS, Southern DISTRICT of the STATE OF New York.

VALMIKI RAMANI          INDEX:

Plaintiff

against                          Complaint

Macy's INC

Defendants

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 11 AM 10:46

① IN 2017 I had to STop going to the Gym, as a Result I Lost 25 pounds of muscle. My clothing became too big for me, I needed to get new ones

② Feb 2021 I began shopping at Macy's STor, in the Queens Center Mall, Rego Park

③ One of the sales clerk in men's wear I dealt with was Maguretia. I also made purchases on line, picked it up at the store and would use the rooms, to try on the pants.

④ On several occasions as I was trying the pants, I could hear Marguretia calling out my name "VAL", what are you doing in there" I had to open the door wearing the pants and told her I was trying on the purchases. This started in 2023 to 2024.

⑤ During the last days of August to the first week in September, I had picked up a pair of Michael Kors blue pin stripe pants, and went into the room to try them on. While in my underwear, Maguretia came banging on the Room door, screaming "VAL what are you doing in there" I was forced to open the door in my underwear, and told her I was trying on the pants I bought.

⑥ I Live along Queens Blvd, Macy's store is on Queens Blvd. Sometimes I used my previous gym bag



To do the shopping, along with a small bag that I carry my medical bag and wate bottle in and and other small things I need. On one block between Union-Turnpike and 78 Ave there is my Bank, Chase, then Starbucks, FedEx, where I do printing sometimes. then CVS, who supplied my medications, and I also shop for consume products in their store.

(7) Maguerita be came obsessed with what I was carrying in my bags once I got so irriated by shouting at her, "stop trying to see what I have in my bags".

(8) One day I had my two bags, and had picked up my on line purchases of two pair of pants. Magueriata demanded I give her my bags, which she kept behind the check out counter.

(9) I went into the Room and tried on the pants, after this, I went back towards the check out counter, only to see Maguerita looking inside my bags.

(10) Maguerita has been harassing and intimidating me on a continuous basis, which ammount to Malicious Prosecution, and violating my Civil Rights by taking my personal bags from me and searching them.

(11) On about Sept 8 I filed a police complaint with the 107 Police Precinct, which was transfered to the 110 Precinct the complaint number is 2024-110-100 PL.

(2)

(12) Because of the Malicious Prosecution and the violation of my Civil Rights, I ask for a Judgement of $500,000 from the defendant.

Defendant:
Macy's Inc
151 West 34th St
New York
NY 10001-2101

Plaintiff
Valmiki Ramani
Valmiki Ramani
139-0585 Dr Apt 6D
Briarwood.
NY 11435
Email: Valmiki.d.r@Gmail.com.

(3)

INDEX

DISCOVERY

AFTER Magunetia had banged on the Room door demandinig 9 open the door, which 9 was forced to do in my under 9 at this point had had all 9 could take 9 demanded to speak to a supervisor, 9 spoke to Jennifer Marcos who then brought a manager to whom 9 retold to story of my Malicious Prosecution

Plaintiff
Valmiki Ramani
VALmiki Ramani